UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | CASE NO. C23-1357-KKE |
| Plaintiff, | ORDER |
| v. | |
| UNITED NATURAL FOODS, INC., | |
| Defendant. | |

This matter comes before the Court on the parties' joint motion to extend deadlines. Dkt. No. 13. The parties represent that they are discussing settlement and hope to have this matter resolved in the next 60 days, and the Court therefore GRANTS the parties' motion (Dkt. No. 13).

The Court now sets the following deadlines:

FRCP 26(f) conference:               January 8, 2024

Initial disclosures under FRCP 26(a):   January 22, 2024

ORDER - 1

| | |
|---|---|
| Combined joint status report and discovery plan as required by FRCP 26(f) and Local Civil Rule 26(f): | January 29, 2024 |

Dated this 20th day of November, 2023.

_Kymberly K. Evanson_
Kymberly K. Evanson
United States District Judge

ORDER - 2