THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED NATURAL FOODS, INC., a Delaware corporation, <br><br> Defendant. | NO.   2:23-cv-01357-KKE <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid and Thomas A. Leahy of Reid, Ballew, Leahy & Holland, L.L.P., attorneys for Plaintiff, and Sarah Bryan Fask and Mathias M. Deeg of Littler Mendelson, P.C., attorneys for Defendant, United Natural Foods, Inc., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

DATED this 4th day of January, 2024.

//

//

//

//

| | |
|---|---|
| REID, BALLEW, LEAHY & HOLLAND, L.L.P. | LITTLER MENDELSON, P.C. |
| *s/Russell J. Reid* | *s/Sarah Fask* |
| Russell J. Reid, WSBA #2560 | Sarah Bryan Fask, *pro hac vice* |
| Thomas A. Leahy, WSBA #26365 | Mathias M. Deeg, WSBA #52864 |
| 100 West Harrison Street | One Union Square |
| North Tower, Suite 300 | 600 University Street, Suite 3200 |
| Seattle WA 98119 | Seattle WA 98101-3122 |
| (206) 285-0464 | (206) 623-3300 |
| Email: rjr@rmbllaw.com | Email: SFask@littler.com |
| Email: tom@rmbllaw.com | Email: mdeeg@littler.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

## ORDER OF DISMISSAL

The parties' stipulated motion (Dkt. No. 16) is GRANTED.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

ORDER ENTERED this 5th day of January, 2024.

_____
Kymberly K. Evanson
United States District Judge

Submitted for Entry:

REID, BALLEW, LEAHY & HOLLAND, L.L.P.

By:  *s/Russell J. Reid*
Russell J. Reid, WSBA #2560
Thomas A. Leahy, WSBA #26365
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone:  (206) 285-0464
Email:  rjr@rmbllaw.com
Email:  tom@rmbllaw.com
Attorneys for Plaintiff